# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| A.L.M. HOLDING COMPANY and ERGON ASPHALT & EMULSIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDEX INDUSTRIES PRIVATE LIMITED and ZYDEX INC., <br><br> Defendants. | Civil Action No. 1:24-cv-00363-JPM <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiffs A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc. hereby request oral argument on Defendants Zydex Industries Private Limited and Zydex Inc.'s Motion for Issuance of Letters Rogatory (D.I. 68). Briefing on the motion is complete.

Dated: August 5, 2024

Respectfully submitted,

By: /s/ John C. Phillips, Jr.
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
jcp@pmhdelaw.com
mch@pmhdelaw.com
**Phillips, McLaughlin & Hall, P.A.**
1200 North Broom Street
Wilmington DE, 19806
302-655-4200 Telephone
302-655-4210 Facsimile

Jeffer Ali
jeffer.ali@huschblackwell.com
**HUSCH BLACKWELL LLP**
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
612-852-3610 Telephone
612-852-2701 Facsimile

1

        Stephen R. Howe
        steve.howe@huschblackwell.com
        **HUSCH BLACKWELL LLP**
        511 N. Broadway, Suite 1100
        Milwaukee, WI 53202
        414-273-2100 Telephone
        414-223-5000 Facsimile

        *Attorneys for Plaintiffs A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.*