IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| A.L.M. HOLDING COMPANY, INC., ET AL. | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civ. No. 1:24-00363-JPM |
| ZYDEX INDUSTRIES PRIVATE LIMITED, ET AL. | ) ) ) ) |  |
| Defendant. | ) |  |

**ORDER SETTING MOTION CONFERENCE FOR PATENT CASE**

1. A video motion conference on ECF No. 68 is set for **Thursday, August 22, 2024 at 9:30 A.M. (CT) / 10:30 A.M. (ET).** Email invitations will be sent at least one day prior to the conference.

2. The parties should refer to the Northern District of California or the Western District of Tennessee Patent Rules.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at jeffrey_sample@tnwd.uscourts.gov.

<u>August 6, 2024</u>                                         <u>s/Jon Phipps McCalla</u>
Date                                                                   United States District Judge